**MICHAEL B. BIGELOW**

**Attorney at Law**

State Bar Number 065211

428 J Street, Suite 350

Sacramento, CA  95814

Telephone: (916) 443-0217

Attorney for Petitioner

Bruno Campostrini

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUNO CAMPOSTRINI, | ) | No. CIV. S-07-2132 LEW GGH P |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | REQUEST FOR EXTENSION OF TIME |
| | ) | TO FILE AMENDED PLEADING OR |
| | ) | SUPPLEMENTAL POINTS AND |
| JAMES TILTON, Warden | ) | AUTHORITIES |
| | ) | |
| Respondents. | ) | |

By this Court's previous order petitioner's amended pleading or supplemental points and authorities are due to be filed by October 17, 2008. Counsel is only too aware that this Court has also admonished that now further time will be granted. Undersigned did not believe additional time would be required and has work diligently toward that end. Unfortunately, for the

1

--

reasons stated below, an additional fourteen days, up to and including October 1, 2008, is required to complete the amended pleadings.

In the past forty-five days undersigned has completed the opening brief in the matter of Martin v. Hubbard, a complex appeal from the denial of a writ of habeas corpus. (Although completed, and ready for filing, an extension of time was sought and obtained at the request of amicus counsel in order to provide them additional time to file their brief.) In addition, undersigned has filed a reply brief in Drayton v Castro an appeal from another denial of habeas corpus. In that matter undersigned was not counsel of record in district court. Appellee's brief was nearly 60 pages long and raised a number of extremely complex legal issues that required response.   Undersigned has also filed amended petitions for habeas corpus in the matters of Thornton v Butler and Latchison v Felker (Proposed). In Dixon v Evans and Thornton v Butler respondent has filed answers and those have been reviewed. In addition, in the matter of the United States v Peterson, a complicated, multi-defendant bank robbery, trial was, until today, scheduled to begin on October 6, 2008. Undersigned has been diligently preparing for trial, dealing with volumes of new discovery as well as DNA results just recently provided. That matter resolved today. Finally, in the

matter of United States v Killinger, following the denial of a request for release on conditions after a protracted bail review hearing, undersigned prepared and filed a legally complex and factually detailed Rule 9 Brief in the Ninth Circuit.

For all of the above stated reasons, an additional fourteen day extension of time is requested in this matter.

Petitioner remains in the custody of the California Department of Corrections serving his sentence.

On September 17, 2008 undersigned counsel spoke to respondent's counsel who graciously agreed to my request.

DATED: September 17, 2008        Respectfully submitted,

                                 /S/MICHAEL B. BIGELOW
                                 Michael B. Bigelow

**ORDER**

**FOR GOOD CAUSE SHOWN:** Petitioner shall file his amended pleading or supplemental points and authorities on or before October 1, 2008.

DATED: 09/19/08                  /s/ Gregory G. Hollows
                                 Hon. Gregory G. Hollows
                                 Magistrate Court Judge

Camp2132.eot

3

--

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

4